JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL GRIFFITH,**<br><br>      Plaintiff,<br><br>     v.<br><br>MOTION PICTURE INDUSTRY HEALTH PLAN<br>(an ERISA plan),<br><br>      Defendant. | No. LA CV 16-08783-VBF<br><br>**FINAL JUDGMENT** |

    **Final judgment is hereby entered in favor of defendant Motion Picture Industry Health Plan and against plaintiff Russell Griffith.  IT IS SO ADJUDGED.**

Dated:  October 10, 2018

_Valerie Baker Fairbank_
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge